AO 10*
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HODGES, GEORGE R. | U.S. BANKRUPTCY COURT | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, Retired/Recalled | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
401 West Trade Street
CHARLOTTE, NC 28202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Nationwide Ins. Co. | Triangle Properties Assoc. LLC secured by shopping center in Hickory, NC | P1 |
| 2. Nationwide Ins. Co. | Note by JM Wallace Land Co. secured by shopping center in Iredell County, NC | P1 |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sonoco Products | C | Dividend | L | T | | | | | |
| 2. Morgan Stanley int. bearing demand accts. | A | Int | J | T | | | | | |
| 3. IRA - MSDW Liquid Asset Fund | A | Interest | K | T | | | | | |
| 4. IRA - Intuitive Surgical | | None | | | Sold | 07/23/12 | J | A | Morgan Stanley |
| 5. | | | | | Sold | 01/31/12 | J | A | Morgan Stanley |
| 6. IRA - Baxter Int'l. | A | Dividend | K | T | | | | | |
| 7. IRA - Apple Inc. | A | None | K | T | Sold (part) | 01/31/12 | J | A | Morgan Stanley |
| 8. | | | | | Sold (part) | 03/28/12 | J | A | Morgan Stanley |
| 9. IRA - IShares IBOXX | C | Dividend | K | T | Sold (part) | 06/07/12 | J | A | Morgan Stanley |
| 10. IRA - Devon Energy | A | Dividend | | | Buy | 06/07/12 | J | | Morgan Stanley |
| 11. | | | | | Sold | 10/31/12 | K | D | Morgan Stanley |
| 12. IRA - Danaher Corp. | A | Dividend | K | T | | | | | |
| 13. IRA - General Electric | B | Dividend | K | T | Sold | 01/17/12 | K | A | Morgan Stanley |
| 14. | | | | | Buy | 01/20/12 | K | | Morgan Stanley |
| 15. IRA - Ishares MSCI | A | Dividend | J | T | | | | | |
| 16. IRA - Chevron | B | Dividend | K | T | | | | | |
| 17. IRA - Caterpillar | A | Dividend | K | T | Buy | 06/07/12 | J | | Morgan Stanley |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/23/12 | K | A | Morgan Stanley |
| 19. | | | | | Buy (add'l) | 12/14/12 | K | | Morgan Stanley |
| 20.  IRA - Express Scripts Inc. | | None | J | T | Sold | 04/27/12 | K | A | Morgan Stanley |
| 21. | | | | | Buy | 06/14/12 | J | | Morgan Stanley |
| 22.  IRA - Phillip Morris | B | Dividend | K | T | Sold (part) | 07/16/12 | J | A | Morgan Stanley |
| 23.  IRA - Potash Corp. | | None | | | Sold | 02/23/12 | K | A | Morgan Stanley |
| 24.  IRA - Textron Inc. | A | Dividend | K | T | | | | | |
| 25.  IRA - 3M Corp. | | None | | | Sold | 02/06/12 | J | A | Morgan Stanley |
| 26.  IRA - Buffalo Small Cap Fund | | None | J | T | | | | | |
| 27.  IRA - Cohen + Steers Gbl Inf. A | A | Dividend | J | T | | | | | |
| 28.  IRA - Cohen + Steers Intl RealtyA | A | Dividend | | | Sold | 05/29/12 | J | A | Morgan Stanley |
| 29.  IRA - Goldman Sachs Sm Cap Val A | A | Distribution | K | T | | | | | |
| 30.  IRA - Ivy Small Cap GRW A | | None | J | T | | | | | |
| 31.  IRA - Nuveen Trade Val. Op. A | A | Dividend | K | T | | | | | |
| 32.  IRA - Royce Op.. Svc | | None | K | T | | | | | |
| 33.  IRA - RS Emerg. Mkt A | A | Dividend | L | T | | | | | |
| 34.  IRA - Intel | A | Dividend | | | Sold | 06/07/12 | K | A | Morgan Stanley |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA - MSCI Emerging Mkt FD | A | Interest | J | T | Buy (add'l) | 06/29/12 | J | | Morgan Stanley |
| 36. IRA - Honeywell Int'l. | A | Dividend | | | Buy (add'l) | 06/07/12 | J | | Morgan Stanley |
| 37. | | | | | Sold | 07/20/12 | L | A | Morgan Stanley |
| 38. IRA - United Health Gp. | A | Dividend | J | T | Buy (add'l) | 01/12/12 | J | | Morgan Stanley |
| 39. IRA - Pharmasset Inc. | | None | J | T | Redeemed | 02/08/12 | J | A | Morgan Stanley |
| 40. IRA - Cerner Corp. | | None | J | T | Buy (add'l) | 01/12/12 | J | | Morgan Stanley |
| 41. IRA - Thermo Fischer Sci Inc. | | None | K | T | Buy (add'l) | 06/07/12 | J | | Morgan Stanley |
| 42. | | | | | Buy (add'l) | 01/12/12 | J | | Morgan Stanley |
| 43. IRA - Sunoco Inc. | A | Dividend | | | Sold | 09/07/12 | K | A | Morgan Stanley |
| 44. IRA - Hatteras Alpha Hdgd Fd | A | Dividend | | | Sold | 03/07/12 | K | A | Morgan Stanley |
| 45. Bristol Myers Squibb | B | Dividend | K | T | | | | | |
| 46. Oracle Corp. | A | Dividend | L | T | | | | | |
| 47. Lincoln Nat'l. Corp. | A | Dividend | K | T | | | | | |
| 48. Altria Group | B | Dividend | K | T | | | | | |
| 49. Kraft Foods | A | Dividend | J | T | | | | | |
| 50. Coca Cola Co. | A | Dividend | J | T | | | | | |
| 51. IRA -- Alexion Pharm | | None | K | T | Buy | 01/12/12 | K | | Morgan Stanley |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 02/09/12 | J | | Morgan Stanley |
| 53. IRA -- HCA Holdings | | None | J | T | Buy | 01/12/12 | J | | Morgan Stanley |
| 54. IRA -- Carefusion Corp. | | None | J | T | Buy | 01/12/12 | J | | Morgan Stanley |
| 55. IRA -- Ironwood Pharm. | | None | J | T | Buy | 01/12/12 | J | | Morgan Stanley |
| 56. | | | | | Sold | 05/16/12 | J | A | Morgan Stanley |
| 57. (y) IRA -- Suncoke Energy | | None | | | Sold | 01/26/12 | J | A | Morgan Stanley |
| 58. IRA -- Borg Warner | | None | | | Buy | 02/14/12 | K | | Morgan Stanley |
| 59. | | | | | Buy | 06/07/12 | K | | Morgan Stanley |
| 60. | | | | | Sold | 10/23/12 | K | A | Morgan Stanley |
| 61. IRA -- Gilead Science | | None | K | T | Buy | 03/01/12 | K | | Morgan Stanley |
| 62. IRA -- Bidgen IDEC Inc. | | None | K | T | Buy | 03/01/12 | K | | Morgan Stanley |
| 63. IRA -- Franklin Inc. Adv. | B | Interest | K | T | Buy | 05/18/12 | K | | Morgan Stanley |
| 64. IRA -- Prudential Sht Term Bd | A | Interest | J | T | Buy | 05/18/12 | J | | Morgan Stanley |
| 65. IRA -- Vodafone Gp Plc | A | Dividend | | | Buy | 05/30/12 | K | | Morgan Stanley |
| 66. | | | | | Sold | 12/19/12 | K | A | Morgan Stanley |
| 67. IRA -- Prudential Sht Dur Hi Yld | | None | | | Buy | 06/07/12 | J | | Morgan Stanley |
| 68. | | | | | Sold | 06/28/12 | J | A | Morgan Stanley |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA -- JPMorgan Chase | A | Dividend | K | T | Buy | 06/14/12 | K | | Morgan Stanley |
| 70. IRA -- Cobalt Intl | | | | | Buy | 06/14/12 | K | | Morgan Stanley |
| 71. | | | | | Sold | 10/23/12 | K | A | Morgan Stanley |
| 72. IRA -- Power Shares Wat Res | A | Dividend | J | T | Buy | 06/19/12 | J | | Morgan Stanley |
| 73. IRA -- Williams Co. | A | Dividend | J | T | Buy | 07/06/12 | J | | Morgan Stanley |
| 74. IRA -- Watson Pharm | A | Dividend | J | T | Buy | 07/09/12 | J | | Morgan Stanley |
| 75. IRA -- Oracle Corp. | A | Dividend | J | T | Buy | 07/20/12 | J | | Morgan Stanley |
| 76. IRA -- Google Inc. CLA | A | Dividend | J | T | Buy | 07/20/12 | J | | Morgan Stanley |
| 77. IRA -- Microsoft | A | Dividend | K | T | Buy | 07/20/12 | J | | Morgan Stanley |
| 78. | | | | | Buy (add'l) | 12/12/12 | J | | Morgan Stanley |
| 79. IRA -- Lord Abbett Slt Dur Inc. | A | Dividend | K | T | Buy | 07/24/12 | K | | Morgan Stanley |
| 80. IRA -- Wm Blair Intl Gwth | A | Dividend | K | T | Buy | 09/12/12 | J | | Morgan Stanley |
| 81. | | | | | Buy (add'l) | 12/04/12 | J | | Morgan Stanley |
| 82. | | | | | Buy (add'l) | 12/18/12 | J | | Morgan Stanley |
| 83. IRA -- SPDR Tr Gold Shs | | None | J | T | Buy | 11/14/12 | J | | Morgan Stanley |
| 84. IRA -- Amarin Corp. | | None | | | Buy | 11/27/12 | J | | Morgan Stanley |
| 85. | | | | | Sold | 12/11/12 | J | A | Morgan Stanley |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA -- Nucor Corp | A | Dividend | J | T | Buy | 12/18/12 | J | | Morgan Stanley |
| 87. (y) IRA -- Prudential Gbl RE | C | Dividend | K | T | Buy | 05/29/12 | K | | Morgan Stanley |
| 88. (y) Mondelez Intl | A | Dividend | K | T | | | | | |
| 89. (y) MS Emergin M KT Debt | D | Interest | | T | | | | | |
| 90. Merck | B | Dividend | K | T | | | | | |
| 91. Coca Cola Bot. Consol. | A | Dividend | K | T | | | | | |
| 92. Microsoft | D | Dividend | M | T | | | | | |
| 93. Intel | A | Dividend | J | T | | | | | |
| 94. Spectra Energy | A | Dividend | J | T | | | | | |
| 95. Duke Energy Holding Co. | A | Dividend | J | T | | | | | |
| 96. General Electric Co. | B | Dividend | K | T | | | | | |
| 97. Phoenix Cos. | B | Dividend | K | T | | | | | |
| 98. Philip Morris Int'l. Inc. | C | Dividend | L | T | | | | | |
| 99. ML CMA demand deposit | A | Interest | L | T | | | | | |
| 100. Rockingham NC CTSF Part N | B | Interest | K | T | Redeemed | 04/02/12 | K | A | Merrill Lynch |
| 101. N Carolina Estn MPA Sys | A | Interest | J | T | | | | | |
| 102. No. Carolina St PUB | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HODGES, GEORGE R. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Univ. NC Chapel Hill | B | Interest | L | T | | | | | |
| 104. Nash Hlth Cre Sys NCHCF | B | Interest | L | T | | | | | |
| 105. SCANACorp. | | None | | | Sold | 01/12/12 | K | A | Merrill Lynch |
| 106. AT&T Inc. | C | Dividend | L | T | | | | | |
| 107. Berkshire Hathaway CLB | | None | L | T | | | | | |
| 108. N. Car. MCC. Healthcare | B | Interest | L | T | | | | | |
| 109. USB Capital VIII | B | Interest | K | T | Redeemed | 02/22/12 | K | A | Merrill Lynch |
| 110. Johnson + Johnson | B | Dividend | L | T | | | | | |
| 111. American Balanced Fund | C | Interest | M | T | | | | | |
| 112. American Fundamental | B | Interest | M | T | | | | | |
| 113. First Eagle Overseas FD | A | Interest | L | T | | | | | |
| 114. First Eagle Global FD | A | Interest | L | T | | | | | |
| 115. JPMorgan Inc. Bldr. FD | B | Interest | L | T | | | | | |
| 116. IRA - Cash/Money Mkt. | A | Interest | J | T | | | | | |
| 117. IRA - American Capital Wld Fund | B | Interest | L | T | | | | | |
| 118. IRA - American Cap Inc. Bldr. | C | Interest | L | T | | | | | |
| 119. IRA - American Growth Fund | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. 529 College Amer. Fund | B | Dividend | L | T | | | | | |
| 121. American AMCAP 529A | A | Dividend | K | T | | | | | |
| 122. American BDFD 529A | A | Dividend | J | T | | | | | |
| 123. American CAP WRLD G&I 529A | A | Dividend | J | T | | | | | |
| 124. Cisco Sys | B | Dividend | K | T | Buy | 05/15/12 | K | | Merrill Lynch |
| 125. Emerson Elec | B | Dividend | K | T | Buy | 01/12/12 | K | | Merrill Lynch |
| 126. Nucor Corp. | B | Dividend | K | T | Buy | 04/03/12 | K | | Merrill Lynch |
| 127. | | | | | Buy (add'l) | 05/15/12 | K | | Merrill Lynch |
| 128. American EUROPACIFIC 529A | A | Dividend | K | T | | | | | |
| 129. American GR FD of Amer 529A | A | Dividend | K | T | | | | | |
| 130. Amer. SMALLCAP World 529A | A | Dividend | J | T | | | | | |
| 131. Amer. WA Mutual 529A | A | Dividend | J | T | | | | | |
| 132. IRA - BB&T variable rate time investment | A | Dividend | K | T | | | | | |
| 133. BB&T demand deposit | A | Interest | N | T | | | | | |
| 134. Morgan Stanley - Liquid Assets Acct. | B | Interest | N | T | | | | | |
| 135. Coca Cola Co. | D | Dividend | N | T | | | | | |
| 136. Spectra Energy | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Duke Energy Holding Co. | C | Dividend | K | T | | | | | |
| 138. Exxon/Mobil Corp. | E | Dividend | O | T | Donated (part) | | | | |
| 139. General Electric Co. | D | Dividend | M | T | | | | | |
| 140. International Paper Co. | B | Dividend | L | T | | | | | |
| 141. Harris Teeter Suprmkt | B | Dividend | L | T | | 04/02/12 | L | A | Merrill Lynch |
| 142. Sonoco Products | C | Dividend | M | T | | | | | |
| 143. Schlumberger, Ltd. | A | Dividend | L | T | | | | | |
| 144. Merck Co. | D | Dividend | M | T | | | | | |
| 145. Triangle Properties Assoc., LLC | G | Distribution | P1 | U | | | | | |
| 146. J.M. Wallace Land Co., LLC | G | Distribution | P1 | U | | | | | |
| 147. East Mecklenburg Co. | G | Distribution | O | U | | | | | |
| 148. The Mason Wallace Co., LLC | G | Distribution | P1 | U | | | | | |
| 149. Indian Land, SC Investment Real Estate | | None | N | W | | | | | |
| 150. Microsoft | D | Dividend | M | T | | | | | |
| 151. McDonalds Corp. | C | Dividend | M | T | | | | | |
| 152. Verizon Comm. | D | Dividend | M | T | | | | | |
| 153. AT&T | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Pfizer | C | Dividend | M | T | | | | | |
| 155. Chevron Corp. | D | Dividend | M | T | | | | | . |
| 156. Medco Health Solutions, Inc./Express Scripts Hldg | | None | K | T | | 04/03/12 | K | A | Merrill Lynch |
| 157. Conoco Phillips | D | Dividend | M | T | | | | | |
| 158. Tradewinds Global Inv. Fund | E | Dividend | O | T | | | | | |
| 159. MS Emerging Mkts. Debt. | E | Dividend | N | T | | | | | |
| 160. Baxter Int'l. | C | Dividend | L | T | | | | | |
| 161. Bristol Myers Squibb | C | Dividend | M | T | | | | | |
| 162. Dominion Res. | D | Dividend | M | T | | | | | |
| 163. Lockheed Martin | C | Dividend | L | T | | | | | |
| 164. Nuveen Hi YLD Muni Bond C | D | Interest | N | T | | | | | |
| 165. Lowes Cos. | B | Dividend | M | T | | | | | |
| 166. Pepsico | B | Dividend | L | T | | | | | |
| 167. Hatteras Alpha Hdgd. FD | A | Dividend | L | T | | | | | |
| 168. MFS Muni High Inc. FD | D | Dividend | M | T | | | | | |
| 169. INTER VIVOS TRUST Dtd 11-22-89 | | None | L | T | | | | | |
| 170. John Hancock Life Insurance Policy: | | None | M | T | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. BB&T Demand Deposit Account | A | Interest | J | T | | | | | |
| 172. Prudential Financial | A | Dividend | K | T | | | | | |
| 173. NY Life Fixed Annuity | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HODGES, GEORGE R. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS
   Trustee  Inter Vivos life insuarnce trust dated 11-22-89.


VII. INVESTMENTS and TRUSTS

   Conflicts:  I do not handle any disputes involving any company in which stock is owned (individually and as Trustee).  Also, I do not handle any disputes involving closely held businesses or anything related thereto.  Those matters are assigned to the other bankruptcy judges in the Western District of North Carolina. I no longer have a conflict on matters involving Bank of America, since my brother's retirement from it.  The Committee on Codes of Conduct has determined that that is not a conflict for my hearing disputes involving BB&T on account of a brother-in-law's involvement on a "local board" of the bank.

Note:  Income is received from several closely held family corporations including East Mecklenburg Corp. ("S" corporation), The Mason Wallace Co., LLC, J.M. Wallace Land Co., LLC, and Triangle Properties Associates, LLC, and real property owned in common.  This is in the nature of investment income and is reported in PART VII.  The corporations buy, sell and own real estate, but the stockholders do not control any of those decisions or assets individuallly.

I own two cows that produce calves that I sell.  The cows have a value of 1,000.  During 2012 I sold two calves to _____ of Brevard, NC, for a total of $1400.

Lines 57, 88 and 89, Part VII:  These items were inadvertantly omitted from prior reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GEORGE R. HODGES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544